**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VINCENT C. FINIZIA,

                Plaintiff,

-against-                                     21 **CIVIL** 5831 (VB)

                                                    **JUDGMENT**

CRAWFORD & COMPANY; and KIMBERLY
BETHEA, in her corporate capacity as VP of
Crawford's Northeastern Region and her
individual capacity,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated June 23, 2023, defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

        June 23, 2023

                                                                  **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                            **BY:**        *K. Mango*

                                                                    **Deputy Clerk**